The People of the State of New York ex rel. Nicholas Hon Yost, Appellant, v. Daniel P. Becker, as Sheriff of Oneida County, Respondent.— Order affirmed and writ dismissed, without costs. All concurred, except Spring, J., who dissented upon the authority of *People ex rel. Townsend* v. *Porter* (90 N. Y. 68).

William F. Collie, Respondent, v. International Railway Company, Appellant. — Judgment and order affirmed, with costs. All concurred; Spring, J., not sitting.

Egbert F. Ashley Company, Respondent, v. The Fire Department of the City of Rochester and Samuel B. Williams, as Treasurer Thereof, Appellants, Impleaded with Lyman M. Otis, as Treasurer of the City of Rochester and as Custodian of the Fire Pension Fund of the City of Rochester, and the City of Rochester, Defendants.— Interlocutory judgment affirmed, with costs, with leave to the demurring defendant to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concurred.

Raffaelo Farrar and Rose Musacchio, as Administrators, etc., of Giovanni Musacchio, Deceased, Appellants, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred.

Buffalo, Rochester and Pittsburgh Railway Company, Appellant, Respondent, v. Jacob D. Melenbacker, Respondent, Appellant, Impleaded with Eleanor A. Melenbacker and Others.— Order affirmed, without costs of this appeal to either party. All concurred.

Roswell Park, Appellant, v. Warsaw-Wilkinson Company, Respondent.— Order affirmed, with costs. All concurred.

Albert M. Ellis, Appellant, v. Buffalo, Rochester and Pittsburgh Railway Company, Respondent.— Judgment affirmed, with costs. All concurred.

Frank Frey, Appellant, v. Joseph Dawson and Others, Respondents.— Judgment reversed and new trial ordered, with costs to appellant to abide event. Held, that the notice under the Employers' Liability Act* was sufficient. All concurred.

Charles Eisemann, Respondent, v. Buffalo Cold Storage Company, Appellant. — Judgment and order affirmed, with costs. All concurred.

Laura Main, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Held, that the defendant was not shown guilty of actionable negligence nor the plaintiff free from contributory negligence. All concurred.

Henry H. Vick, as Administrator, etc., of Eliza A. Vick, Deceased, Appellant, v. John H. Peterson and Others, Respondents.— Judgment affirmed, with costs. All concurred.

Thomas Brothers, as Administrator, etc., of James Brothers, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

* See Labor Law (Consol. Laws, chap. 31; Laws of 1909, chap. 36), § 200 *et seq.*— [Rep.